

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00570-CR

Jesse **NAJERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CR-4704
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On February 26, 2018, appellant's appointed counsel filed a motion to withdraw as counsel. Attached to her motion was a copy of a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967) and a copy of a letter informing her client of various rights. Although the brief was attached to the motion as an exhibit, the brief was not filed in this court as a separate document. *See Anders*, 368 U.S. at 744 (indicating request to withdraw must be accompanied by a brief).

Moreover, counsel's letter to her client fails to comply with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014) because it does not inform appellant of appellant's *pro se* right to seek discretionary review should the court of appeals declare appellant's appeal frivolous. *See Kelly*, 436 S.W.3d at 319-20. The letter also does not establish whether counsel took concrete measures "to initiate and facilitate the process of actuating his client's right to review the appellate record" because the letter does not indicate whether a form motion for *pro se* access to the appellate record was provided by counsel to appellant. *See id.* at 320. The letter should further advise appellant that the form motion should be filed within ten days, so that he may timely effectuate his right. *See id.*

We therefore **ORDER** appellant's counsel to file a copy of his brief as a separate document in this court **on or before March 19, 2018.** We further **ORDER** appellant's counsel to provide a letter to appellant complying with *Kelly v. State* **on or before March 19, 2018.** The letter should inform appellant of the above mentioned rights and include a copy of a form motion

for *pro se* access to the appellate record.  Appellant is also **ORDERED** to file a response in this court **on or before March 23, 2018** that such letter was provided to appellant.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.



_____
Keith E. Hottle
Clerk of Court